Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001052
27-JAN-2015
11:33 AM

NO. CAAP-14-0001052

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

COURAGE ELKSHOULDER, Plaintiff-Appellant,
v.
PAULA SUZUKI; STATE OF HAWAI'I DEPARTMENT OF PUBLIC SAFETY,
Defendants-Appellees,
and
DOES DEFENDANTS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0242)

ORDER DENYING JANUARY 23, 2015
HRAP RULE 40 MOTION TO RECONSIDER JANUARY 14, 2015
ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Nakamura, Chief Judge, Foley and Leonard, JJ.)

Upon review of (1) Plaintiff-Appellant Courage

Elkshoulder'S (Appellant Elkshoulder) January 23, 2015

"objection," which we deem to be a motion for reconsideration

under Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP)

of the January 14, 2015 order dismissing appeal for lack of

appellate jurisdiction, (2) the January 14, 2015 order dismissing

appeal for lack of appellate jurisdiction, and (3) the record, it

appears that we did not overlook or misapprehend any points of fact or law when we entered the January 14, 2015 order dismissing appeal for lack of appellate jurisdiction. Therefore,

IT IS HEREBY ORDERED that Appellant Elkshoulder's January 23, 2015 HRAP Rule 40 motion for reconsideration of the January 14, 2015 order dismissing appellate for lack of appellate jurisdiction is denied.

DATED: Honolulu, Hawai'i, January 27, 2015.


Chief Judge


Associate Judge


Associate Judge